**Samuel E. HALEY, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47602.**

Missouri Court of Appeals,
Western District.

Oct. 26, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

*ORDER*

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief following an evidentiary hearing.

The judgment is affirmed. Rule 84.16(b).

**Richard Craig O'MEARA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47380.**

Missouri Court of Appeals,
Western District.

Oct. 26, 1993.

Lew A. Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and ELLIS, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment which denied Appellant's motion under Rule 24.035 to have his plea and sentence set aside.

Judgment affirmed. Rule 84.16(b).